**Lewis Baach Kaufmann Middlemiss** PLLC

Adam S. Kaufmann
212 822 0128
adam.kaufmann@lbkmlaw.com

August 25, 2020

Ms. Barbara Moraes
4516 83rd Street Apt. E4F
Elmhurst, New York 11373
DOB: 10/7/1994
Phone: (917) 907-2333
Barbaramoraes1994@gmail.com
assisbarbaramoraes@gmail.com

Re:   Cease and Desist from any Contact with ▓▓▓▓▓ White, April Mackenna White, and Alexander Wilke White

Dear Ms. Moraes:

Please be advised that this firm represents the White family and we write this letter on their behalf. We write to inform you that the White family wishes to have no further contact or communications with you.

You shall cease and desist from attempting to have any contact or communications with April Mackenna White, Alexander Wilke White, and ▓▓▓▓▓▓▓▓▓▓. Your failure to abide by this direction will lead to legal consequences.

The White family wishes you no ill will and they hope you will get help for your problems. But they cannot and will not permit you to have any contact with them, and in particular with their son, ▓▓▓▓.

You are hereby informed that your unwanted prior actions and communications have caused the White family tremendous stress, annoyance, and alarm. They wish to have absolutely no contact with you. To be clear, they do not wish to see or hear from you in any form, nor do they wish to receive from you any communications, including but not limited to letters or other writings, digital communications such as emails or texts, photographs or recordings. No contact whatsoever. Nor should you approach or come to the same area as ▓▓▓. There is simply no need for you to be near him.

You should know that I have filed a report of your communications and behavior with the Manhattan District Attorney and the police, along with a copy of this letter. The White family has requested that the police take no action against you at this time. But if you contact or attempt to contact Mr. and Mrs. White, or ▓▓▓▓, at any time in the future, I will request that you

The Chrysler Building   |   405 Lexington Avenue, 62nd Floor   |   New York, NY 10174   |   t 212 826 7001   |   f 212 826 7146
NEW YORK   WASHINGTON   LONDON   BUENOS AIRES

lbkmlaw.com



**Lewis Baach Kaufmann Middlemiss PLLC**

be arrested and prosecuted to the full extent of the law. Of course, charging determinations are up to the District Attorney, but we will request prosecution for such charges as Harassment, Endangering the Welfare of a Child, and Stalking. In addition, this firm will take such other steps as may be appropriate under the law.

Please leave the White family alone and move on with your life – it is in everyone's best interest.

Very Truly Yours,

Adam S. Kaufmann

NEW YORK    WASHINGTON    LONDON    BUENOS AIRES

lbkmlaw.com