09:32 ...ll LTE

😀👍 3,4K                                    226 Comments

👍 Like                          💬 Comment

 **Mackenna White** ▶ **Madison Square Park Moms**
22m ·

BARBARA MORAES: It pains me to write this post but I don't feel I have a choice as it concerns that safety of my family. Our former nanny Barbara Moraes ("Barb"), who is well known to many in the neighborhood, has taken a position with a family in the Madison Square Park area. We understand she is leaving and looking for another job nearby. Barb worked for us from July 2019 to July 2020. Although we cared for Barb, we were forced to terminate her employment due to behavior that caused us concern for the safety of our son. But it didn't stop there. Her behavior following her termination left us no choice but to hire an attorney and file a criminal report for harassment and stalking our son. We were told that she would not seek employment in the area. Based on that understanding we did not seek a restraining order against her. Unfortunately we have learned that not only is she working in the area she is frequenting parks where she knows our son goes when he is likely to be there. Her presence in the neighborhood alarms us given her past behavior toward our family. Please DM me if you have any additional information. Wishing a happy and safe 2021 for us all.

👍 1

👍 Like                          💬 Comment

 **Breno Panetto**
1h ·