**Lewis
Baach
Kaufmann
Middlemiss**
PLLC

Adam S. Kaufmann
212 822 0128
adam.kaufmann@lbkmlaw.com

January 11, 2021

**By Hand**

Ms. Barbara Moraes
4516 83rd Street Apt. E4F
Elmhurst, New York 11373
DOB: 10/7/1994
Phone: (917) 907-2333
Barbaramoraes1994@gmail.com
assisbarbaramoraes@gmail.com

**Re: Cease and Desist From Contact With the White Family**

Ms. Moraes:

I write again on behalf of my clients Mackenna and Alexander White regarding your continued presence in their neighborhood and your recent interaction with their son, [redacted]. My last communication to you in August 2020 made very clear you were to have no further contact with my clients or Wilke. I also told you that your conduct has already been reported to the police, but my clients requested that the police refrain from arresting you.

Now it seems you have made contact with [redacted] once again. You have visited the park where you know Wilke frequently plays. You know W[redacted]'s routine and where he regularly goes to play. We again direct you to stay away from [redacted] and have no further contact with him.

We have spoken to your former employer (prior to the White family) who told us they also were forced to fire you because of problematic and disruptive behavior, and that subsequent to your dismissal you stalked and harassed that family as well. This is a disturbing pattern. Even more disturbing, we now know that you used [redacted] as part of your scheme to stalk and harass that family, just as you are now using your current employer's daughter to stalk and harass the Whites.

<u>If you have any further contact with [redacted] we will immediately report your conduct to the police and the District Attorney. You should understand that having been warned to stay away from my clients and their family, if you contact them again you may be committing the crime of Stalking under New York law, and my clients will seek to have you arrested and criminally prosecuted.</u>

The Chrysler Building   |   405 Lexington Avenue, 64th Floor   |   New York, NY 10174   |   t 212 826 7001   |   f 212 826 7146
NEW YORK    WASHINGTON    LONDON    BUENOS AIRES

lbkmlaw.com

**Lewis Baach Kaufmann Middlemiss** PLLC

Page 2

We request that you not go to Chelsea Green (on West 20th Street between Sixth and Seventh Avenues). There simply is no reason for you to go to my client's neighborhood or that particular park knowing that your presence there will bring you into contact with "█████". There are many parks in New York City; please choose a different one.

We will not caution you again. Please respect my client's wishes and cease from having contact with their son.

Very Truly Yours,

*[signature]*

Adam S. Kaufmann

NEW YORK   WASHINGTON   LONDON   BUENOS AIRES