UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BARBARA MORAES,

                                        Plaintiff,

                    -v-

APRIL MACKENNA WHITE and ALEXANDER WILKE
WHITE,

                                        Defendants.

21 Civ. 4743 (PAE)

Order

---

PAUL A. ENGELMAYER, District Judge:

    The Court will hold oral argument in this case on the pending motion to dismiss on

**November 3, 2021 at 11:00 a.m.**  This argument will be held in person in Courtroom 1305 at

the Thurgood Marshall U.S. Courthouse, 40 Centre Street, New York, New York 10007.

Participants are directed to review the District's COVID-19 protocols for courthouse entry,

which are available online at https://www.nysd.uscourts.gov/covid-19-coronavirus, to ensure that

they will be able to gain entry to the courthouse for the conference.

    SO ORDERED.

                                        Paul A. Engelmayer
                                        _____
                                        PAUL A. ENGELMAYER
                                        United States District Judge

Dated: October 14, 2021
        New York, New York