UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BARBARA MORAES,<br><br>                    *Plaintiff*,<br>      -against-<br><br>APRIL MACKENNA WHITE and<br>ALEXANDER WILKE WHITE,<br><br>                    *Defendants*. | Case No. 21-CV-4743<br><br>NOTICE OF APPEARANCE |

PLEASE TAKE NOTICE that Julia Elmaleh-Sachs of Crumiller P.C. hereby appears as co-counsel to plaintiff Barbara Moraes in this action.

Date:   Brooklyn, New York
        November 3, 2021

                                        /s/
                                        Julia Elmaleh-Sachs
                                        Crumiller P.C.
                                        16 Court St, Ste 2500
                                        Brooklyn, NY 11241
                                        (212) 390-8480
                                        julia@crumiller.com
                                        Co-counsel for Plaintiff

To:     Jonathan A. Bernstein
        Isaacs Bernstein, P.C.
        Attorneys for Plaintiff
        2108 Yardley Road
        Yardley, PA 19067
        (917) 693-7245
        jb@lijblaw.com

        Adam Swope Kaufmann
        Lewis Baach Kaufmann Middlemiss PLLC
        405 Lexington Ave
        New York, NY 10174
        (212) 826-7001
        adam.kaufmann@lbkmlaw.com
        Attorneys for Defendants