UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BARBARA MORALES,

                Plaintiff,

-v-

APRIL MACKENNA WHITE AND ALEXANDER WILKIE WHITE,

                Defendants.

CIVIL ACTION NO.: 21 Civ. 4743 (PAE) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

This action has been referred to the undersigned for settlement. (ECF No. 50). Accordingly, a Telephone Conference to schedule a Settlement Conference is scheduled for **Thursday, April 7, 2022 at 12:30 pm** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time. The parties shall be prepared to discuss their availability, and that of their clients, for a Settlement Conference, as well as their preferred format for the Settlement Conference (in-person, by telephone, or by videoconference hosted either by the Court on Microsoft Teams or by the parties on an alternative platform).

Dated:     New York, New York
            March 25, 2022

                               SO ORDERED.

                               _/s/ Sarah L. Cave_
                               **SARAH L. CAVE**
                               **United States Magistrate Judge**