UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BARBARA MORAES,

                        Plaintiff,

           -v-

APRIL MACKENNA WHITE *and* ALEXANDER WILKE WHITE,

                        Defendants.

21 Civ. 4743 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

      The pre-motion conference in this case scheduled for Tuesday, May 24 at 2:00 p.m will be held in person in Courtroom 1305 at the Thurgood Marshall U.S. Courthouse, 40 Centre Street, New York, New York 10007. Participants are directed to review the District's COVID-19 protocols for courthouse entry, which are available online at https://www.nysd.uscourts.gov/covid-19-coronavirus, to ensure that they will be able to gain entry to the courthouse for the hearing.

      SO ORDERED.

                                              *Paul A. Engelmayer*
                                              PAUL A. ENGELMAYER
                                              United States District Judge

Dated: May 20, 2022
         New York, New York