UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BARBARA MORAES,

                                        Plaintiff,

                    -v-

APRIL MACKENNA WHITE AND ALEXANDER WILKE
WHITE,

                                        Defendants.

21 Civ. 4743 (PAE)

<u>ORDER</u>

---

PAUL A. ENGELMAYER, District Judge:

At today's conference, the Court set the following due dates:

- By June 24, 2022, the parties' joint stipulation of undisputed facts;

- By July 15, 2022, defendants' opening brief in support of summary judgment;

- By August 26, 2022, plaintiff's brief opposition to defendants' opening brief; and

- By September 9, 2022, defendants' reply brief in support of summary judgment.

SO ORDERED.

*Paul A. Engelmayer*

PAUL A. ENGELMAYER
United States District Judge

Dated: May 25, 2022
        New York, New York