UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BARBARA MORAES,

                              Plaintiff,

                -v-

APRIL MACKENNA WHITE AND ALEXANDER WILKE WHITE,

                              Defendants.

21 Civ. 4743 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The following amended briefing schedule sets the deadlines for the parties' summary judgment briefing:

- By **June 24, 2022**, the parties' joint stipulation of undisputed facts;

- By **July 15, 2022**, defendants' opening brief in support of summary judgment;

- By **August 5, 2022**, plaintiff's brief in opposition to defendants' motion, and in support of plaintiff's motion for summary judgment

- By **August 26, 2022**, defendants' reply brief in support of their motion for summary judgment, and in opposition to plaintiff's motion for summary judgment; and

- By **September 9, 2022**, plaintiff's reply brief in support of her motion for summary judgment.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: May 26, 2022
        New York, New York